1  **RIMAC MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
2  amartin@rimacmartin.com
1051 Divisadero Street
3  San Francisco, CA 94115
Telephone: (415) 561-8440
4  Facsimile: (415) 561-8430

5  Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
6  OF AMERICA AND THE VISION SERVICE
PLAN LONG TERM DISABILITY INCOME PLAN
7

8  **MORGAN & PAUL, PLLC**
Gregory G. Paul - State Bar No. 233060
gregpaul@morgan-paul.com
9  980 9th Street, 16th Floor
Sacramento, CA 95814
10 Telephone: (888) 967-5674
Facsimile: (888) 822-9421
11

12 Attorneys for Plaintiff
JULIA WRIGHT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIE WRIGHT, | ) |
|                Plaintiff, | ) CASE NO. 2:10-CV-964 JAM-GGH |
| vs. | ) STIPULATION AND ORDER TO CONTINUE THE SETTLEMENT CONFERENCE SCHEDULED FOR NOVEMBER 2, 2010 |
| GROUP LIFE AND SUPPLEMENTAL LIFE PLAN FOR EMPLOYEES OF VISION SERVICE PLAN AND UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
|                Defendants. | ) |

IT IS HEREBY STIPULATED by and between the plaintiff JULIE WRIGHT and defendants UNUM LIFE INSURANCE COMPANY OF AMERICA and THE VISION SERVICE PLAN LONG TERM DISABILITY PLAN, through their respective counsel of record that the Settlement Conference scheduled for November 2, 2010 be continued to a date convenient for the Court and parties.

-1-

**WRIGHT v. GROUP LIFE, et al.**
**STIPULATION AND ORDER TO**
**CONTINUE SETTLEMENT CONFERENCE**              **CASE NO. 2:10-CV-964 JAM-GGH**

1  GOOD CAUSE exists for this requests as follows: Due to an important, unexpected
2  medical situation involving defense counsel's father, it is necessary for defense counsel to
3  accompany her father to his medical appointment to determine the best treatment options
4  available.  November 2, 2010 is the first available medical appointment and it is critically
5  important that defense counsel attend.

6  Ms. Martin is the only attorney responsible for and knowledgeable of this case.  Mr.
7  Martin practices in a small office and there are no other attorneys who can cover this Settlement
8  Conference for her.

9  Respectfully submitted,

11 DATED: October 25, 2010            RIMAC & MARTIN
12                                   A Professional Corporation

14                              By:    /s/ **ANNA M. MARTIN**
15                                   ANNA M. MARTIN
                                     Attorneys for Defendants
16                                   UNUM LIFE INSURANCE COMPANY
                                     OF AMERICA AND THE VISION SERVICE
17                                   PLAN LONG TERM DISABILITY INCOME
                                     PLAN

19 DATED: October 25, 2010            MORGAN & PAUL, PLLC

21                              By:    /s/ **GREGORY G. PAUL**
22                                   GREGORY G. PAUL
                                     Attorney for Plaintiff
23                                   JULIE WRIGHT

26 IT IS SO ORDERED.

1 | The Settlement Conference is hereby continued to Wednesday, January 5, 2011, at 9:00
2 | a.m.
3 | DATED: October 28, 2010             /s/ Gregory G. Hollows
4 |                                    U.S. MAGISTRATE JUDGE
5 |
  | wright.eot

-3-

**WRIGHT v. GROUP LIFE, et al.**
**STIPULATION AND ORDER TO**
**CONTINUE SETTLEMENT CONFERENCE**                         **CASE NO. 2:10-CV-964  JAM-GGH**