IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIE WRIGHT,

        Plaintiff,               No. CIV S-10-0964 KJM GGH

  vs.

GROUP LIFE AND SUPPLEMENTAL
LIFE PLAN FOR EMPLOYEES OF
VISION SERVICE PLAN, et al.,      ORDER

        Defendants.
_____/

        On January 3, 2011, the district judge previously assigned to this case directed the parties to file the settlement/dismissal documents by February 11, 2011. The parties have not filed dispositional documents or otherwise responded to the court's order.

        IT IS THEREFORE ORDERED that the parties file dispositional documents by April 18, 2011. Failure to respond may result in the imposition of sanctions.

DATED: March 21, 2011.

_____
UNITED STATES DISTRICT JUDGE

2

wrig0964.dispo

1