1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN - State Bar No. 154279
2  WILLIAM REILLY - State Bar No. 177550
   1051 Divisadero Street
3  San Francisco, California 94115
4  Telephone (415) 561-8440
   Facsimile (415) 561-8430
5  amartin@rimacmartin.com

6  Attorneys for Defendants
   UNUM LIFE INSURANCE COMPANY
7  OF AMERICA AND THE VISION SERVICE
   PLAN LONG TERM DISABILITY INCOME PLAN
8

9  **MORGAN & PAUL, PLLC**
   GREGORY G. PAUL - State Bar No. 233060
10 980 9th Street, 16th Floor
   Sacramento, CA 95814
11 Telephone: (888) 967-5674
12 Facsimile: (888) 822-9421
   gregpaul@morgan-paul.com
13

14 Attorneys for Plaintiff
   JULIA WRIGHT

15
          **IN THE UNITED STATES DISTRICT COURT**
16
          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
17

18 | JULIE WRIGHT, | ) | CASE NO: CIV S-10-0964 KJM GGH |
   |  | ) |  |
19 |  | ) | **STIPULATION OF DISMISSAL WITH** |
   | Plaintiff, | ) | **PREJUDICE AND ORDER DISMISSING** |
20 |  | ) | **ENTIRE ACTION** |
   | vs. | ) |  |
21 |  | ) |  |
   | GROUP LIFE AND SUPPLEMENTAL LIFE | ) |  |
22 | PLAN FOR EMPLOYEES OF VISION | ) |  |
   | SERVICE PLAN AND UNUM LIFE | ) |  |
23 | INSURANCE COMPANY OF AMERICA, | ) |  |
   |  | ) |  |
24 | Defendants. |  |  |
25 

26

27        IT IS HEREBY STIPULATED by and between the parties to this action, through

28

---

STIPULATION OF DISMISSAL WITH PREJUDICE                CASE NO: CIV S-10-0964 KJM GGH

1  their designated counsel of record, that the above-captioned action be and hereby is
2  dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.
3      Each party shall bear its own costs and attorney fees in this action.
4      Pursuant to local rules, this document hereby attests that (1) the content of this
5  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel
6  has concurred with the filing of this document; and (3) a record supporting this concurrence
7  is available for inspection or production if so ordered.

9  DATED: March 22, 2011         RIMAC & MARTIN
10                               A Professional Corporation
11                    By:   **/s/ Anna M. Martin**
                            ANNA M. MARTIN
12                          Attorneys for Defendants
                            UNUM LIFE INSURANCE COMPANY
13                          OF AMERICA AND THE VISION
                            SERVICE PLAN LONG TERM
14                          DISABILITY INCOME PLAN

16  DATED: March 22, 2011         MORGAN & PAUL, PLLC
17                    By:   **/s/ Gregory G. Paul**
                            GREGORY G. PAUL
18                          Attorney for Plaintiff
                            JULIE WRIGHT

20      Based on the stipulation of the parties, and for good cause shown, it is hereby
21  Ordered that this entire action is dismissed with prejudice.
22      The parties shall each bear their own attorney fees and costs.
23  IT IS SO ORDERED.
24  DATED: March 31, 2011.

                                    _____
                                    UNITED STATES DISTRICT JUDGE